**File Hashes for IP Address 108.28.107.102**

**ISP:** Verizon Online, LLC
**Physical Location:** Silver Spring, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/07/2015 02:36:33 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 01/30/2015 03:40:06 | A419D418F69D8059243514278DD90C5A900888BB | Model Couple on Vacation |
| 01/29/2015 22:42:51 | E83E3A6A17B0FF06377EB7A20B4C23DCDF510533 | The Secretary |
| 01/28/2015 02:49:56 | 99209B15E04D8A1DECCDF27622CADD3303202028 | So Cute |

**Total Statutory Claims Against Defendant: 130**

EXHIBIT A

MD438